UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN A. MEJIA,

    Plaintiff,

  v.

ANDREW M. SAUL,

    Defendant.

Case No. 20-cv-00139-WHO

**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**

On September 2, 2020, I issued an order requiring pro se plaintiff Steven Mejia to file his motion for summary judgment challenging the Social Security Administration's denial of his claim for benefits by October 15, 2020. Dkt. No. 15. I warned Mejia that failure to file his motion by that date could result in dismissal of this case for failure to prosecute under Fed. R. Civ. Proc. 41(b). *Id*.

As of today's date, Mejia has not filed his motion for summary judgment or otherwise communicated to the court his intent to pursue this case. Therefore, this case is DISMISSED without prejudice for failure to prosecute. Fed. R. Civ. Proc. 41(b).

**IT IS SO ORDERED.**

Dated: November 30, 2020



William H. Orrick
United States District Judge